UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KISANA CARROLL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF STOCKTON, et al.,<br><br>Defendants. | No. 2:23-cv-00194-DAD-SCR<br><br>ORDER REFERRING MOTION TO MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule 302(a), the pending motion to appoint guardian *ad litem* for the minor T.R. filed by Tonya Lieda Gippson (Doc. No. 32) is hereby referred to United States Magistrate Judge Sean C. Riordan for issuance of an order in accordance with 28 U.S.C. § 636(b)(1)(A).

IT IS SO ORDERED.

Dated:  **August 27, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1